Certificate Number: 05781-TNW-DE-041333526

Bankruptcy Case Number: 26-22523

05781-TNW-DE-041333526

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2026, at 1:47 o'clock PM PDT, Sabrina Westbrook completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date: August 17, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President